IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

MICHAEL DOLIN,

        Plaintiff,

v.                                  Civil Action No. 5:09-0283

OAKHURST DEVELOPMENT, LLC
a Delaware limited liability company,

        Defendant.

ORDER REFERRING CIVIL ACTION TO BANKRUPTCY COURT

      By Notice of Removal dated March 24, 2009, this matter was removed from the Circuit Court of Greenbrier County, West Virginia, to this Court under the bankruptcy removal provisions of 28 U.S.C. §1452. The Notice of Removal and accompanying Exhibits establish that the above-styled civil action is at least "related to" the pending chapter 11 bankruptcy case of Oakhurst Development, LLC. ("Oakhurst"), Bankruptcy Case No. 09-20025, pending before the United States Bankruptcy Court for this judicial district. Pursuant to 11 U.S.C. 157(a) and S.D.W.V. local rule 83.13, all cases under Title 11, and all proceedings arising under Title 11 or arising in or related to a case under Title 11, are referred to the Bankruptcy Court for disposition. It is accordingly

      ORDERED that, pursuant to 28 U.S.C. 157(a) and LR 83.13, the above styled civil action is referred to the United States Bankruptcy Court for the Southern District of West Virginia and that the Clerk of the Bankruptcy Court is directed to docket the above-styled civil action as an adversary proceeding in the Oakhurst bankruptcy.

                                  ENTER:  May 5, 2009

                                  THOMAS E. JOHNSTON
                                  UNITED STATES DISTRICT JUDGE